UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL SAAB,

    Defendant.
    _____/

Case No. 07-20388

Honorable Nancy G. Edmunds

**ORDER (1) DENYING DEFENDANT'S MOTION TO DISMISS THIRD INDICTMENT CHARGING CONSPIRACY DUE TO ABUSE OF GRAND JURY PROCESS [32]; AND (2) TAKING UNDER ADVISEMENT DEFENDANT'S MOTION TO DISMISS ALL CHARGES UNDER 18 U.S.C. § 1512 REGARDING WITNESS TAMPERING [31]**

At a hearing held on January 22, 2008, this matter came before the Court on Defendant's motions (1) to dismiss third indictment charging conspiracy due to abuse of grand jury process [32], and (2) to dismiss all charges under 18 U.S.C. § 1512 regarding witness tampering [31]. Being fully advised in the premises, having read the pleadings, and for the reasons stated on the record, the Court:

1. DENIES Defendant's motion to dismiss third indictment charging conspiracy due to abuse of grand jury process [32]; and

2. TAKES UNDER ADVISEMENT Defendant's motion to dismiss all charges under 18 U.S.C. § 1512 regarding witness tampering [31]. Both parties shall file supplemental briefs citing cases supporting their positions by 5:00 p.m. on January 22, 2008.

SO ORDERED.


        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: January 22, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 22, 2008, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager